No. 96–7878. MAXWELL v. TEXAS. Ct. App. Tex., 7th Dist. Certiorari denied.

No. 96–7882. CARNER v. TOWNSEND ET AL. C. A. 6th Cir. Certiorari denied.

No. 96–7883. BARRETT v. ARTUZ, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 96–7885. TURNER v. TERRITORY OF GUAM. C. A. 9th Cir. Certiorari denied.

No. 96–7888. GARRETT v. MOORE MCCORMACK RESOURCES ET AL. C. A. 6th Cir. Certiorari denied.

No. 96–7900. WASHINGTON v. CITY OF JACKSONVILLE, FLORIDA, ET AL. C. A. 11th Cir. Certiorari denied.

No. 96–7902. WALKER v. CHATER, COMMISSIONER OF SOCIAL SECURITY. C. A. 9th Cir. Certiorari denied.

No. 96–7926. SEILER v. THALACKER, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 96–7929. PEREZ v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 96–7932. SCHWARZ v. OFFICE OF GOVERNMENT ETHICS. C. A. D. C. Cir. Certiorari denied.

No. 96–7940. HAMILTON v. KOONS STERLING FORD. Sup. Ct. Va. Certiorari denied.

No. 96–7943. SCHWARZ v. COMMISSION ON CIVIL RIGHTS. C. A. D. C. Cir. Certiorari denied.

No. 96–7945. SCHWARZ v. WOODRUFF, INC. Ct. App. Utah. Certiorari denied.

No. 96–7946. SCHWARZ v. WOODRUFF, INC., ET AL. Ct. App. Utah. Certiorari denied.